# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANA JENNIFER PAPPAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
CITY OF LAS VEGAS,
Real Party in Interest.

No. 70533

**FILED**

JUL 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of certiorari contending that the district court lacked jurisdiction to reverse an order of the municipal court granting a motion to suppress evidence in a criminal proceeding. Petitioner did not submit an appendix with his petition, *see* NRAP 21(a)(4); thus, he has not demonstrated circumstances warranting our review, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Moreover, his claim that the district court lacks authority over an appeal from a municipal court's grant of a motion to suppress evidence is without merit. *See* NRS 189.120 (expressly conferring upon the district court the power to review an order of the justice court granting a defendant's motion to suppress evidence); NRS 5.073(1) ("The practice and proceedings in the municipal court must conform, as nearly as practicable, to the practice and proceedings of justice

16-21841

courts in similar cases."); *Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 661-62, 119 P.3d 1250, 1253-54 (2005) (recognizing appeals from municipal courts are treated the same as appeals from justice courts). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Rob Bare, District Judge
Mueller Hinds & Associates
Attorney General/Carson City
Las Vegas City Attorney
Eighth District Court Clerk